**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE HENRY SCHEIN, INC. DERIVATIVE LITIGATION**  <br><br> **This Document Relates to:** <br><br> **ALL ACTIONS** | Lead Case No. 1:19-cv-06485 (LDH)(JO) |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

PLEASE TAKE NOTICE THAT Plaintiffs Frank Finazzo and Mark Sloan ("Plaintiffs"), by and through their undersigned counsel, hereby move the Court, before the Honorable LaShann DeArcy Hall, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for entry of the [Proposed] Order Preliminarily Approving Settlement, Directing Notice to Securities Holders, and Setting Hearing for Final Approval of Settlement, agreed upon by all parties and filed on April 30, 2020 as Docket No. 15-1 and refiled herewith, which requests the Court to: (1) grant preliminary approval of the Settlement as set forth in the Stipulation of Settlement, dated April 30, 2020 ("Stipulation") (Dkt. No. 15),[1] (2) approve the form and manner of giving notice of the Settlement, (3) set a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto, (4) preliminarily bar and enjoin Plaintiffs, Derivative Defendants, Henry Schein, Inc. and its stockholders, from filing, commencing, prosecuting, intervening in, participating in, or receiving any benefits or other relief from any other lawsuit or proceeding, against the Releasees based on or relating to the Released Securities

---

[1] Except as otherwise expressly provided, all capitalized terms used in this motion shall have the meanings and/or definitions given in the Stipulation.

Holder/Company Claims, and any claims relating to the Derivative Defendants' Mutually Released Claims, and (5) approve the Confidentiality Agreement, so that Plaintiffs may be given access to documents and information in order to conduct due diligence confirmatory discovery to further evaluate the proposed Settlement.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Phillip Kim, the Stipulation with its exhibits, annexed thereto, and all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: May 8, 2020   Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim
Laurence Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/Phillip Kim
Phillip Kim