**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE HENRY SCHEIN, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:19-cv-06485 (LDH)(JO) |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL
APPROVAL OF DERIVATIVE SETTLEMENT**

PLEASE TAKE NOTICE that on September 22, 2020, at 11:00 p.m., before the Honorable LaShann DeArcy Hall, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, Plaintiffs Frank Finazzo and Mark Sloan ("Plaintiffs"), by and through their undersigned counsel, will, and hereby do, move the Court for entry of the Order Approving Settlement and the [Proposed] Judgment (the "Proposed Order and Proposed Judgment")[1] both filed contemporaneously herewith.

This Motion is supported by: (i) the accompanying Memorandum of Law in Support of Motion for Final Approval; (ii) the Stipulation of Settlement, dated April 30, 2020 ("Stipulation"), previously filed on April 30, 2020 (Docket No. 15-1) and refiled on May 8, 2020 (Docket No. 19-1)[2]; (iii) the Declaration of the Mediator, former California Superior Court Judge Daniel H. Weinstein (Ret.); (iv) the Declaration of Professor Daniel J. Morrissey; (v) the Declarations of Phillip Kim and Timothy Brown, respectively, in Support of Plaintiffs' Motion for Final Approval

---

[1] The Proposed Order and Proposed Judgment were also filed with the Court on April 30, 2020 (Docket Nos. 15-3, 15-4) and refiled on May 8, 2020 with Plaintiffs' motion for preliminary approval (Docket No. 19-1).
[2] Unless otherwise expressly provided, all capitalized terms used in this motion shall have the meanings and/or definitions given in the Stipulation.

1

of Derivative Settlement, filed concurrently herewith; and (vi) such additional evidence or argument as may be required by the Court.

Dated: August 18, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim
Laurence Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on August 18, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Phillip Kim
Phillip Kim